NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES G. JOHNSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3130

---

Petition for review of the Merit Systems Protection Board in case no. DE0353100501-I-1.

---

**ON MOTION**

---

**ORDER**

The United States Postal Service moves to reform the caption to name the Merit Systems Protection Board as the respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board's brief is due within 21 days from the date of filing of this order.

FOR THE COURT

AUG 0 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles G. Johnson
    Lartease M. Tiffith, Esq.
    Jeffrey A. Gauger, Esq. (informal brief enclosed)
s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 4 2011

JAN HORBALY
CLERK